97 NOV 12 AM 9:28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

TYLER MOUNTAIN WATER COMPANY, INC.   CASE NO. C-3-96-108
                                     (Judge Walter H. Rice)
    Plaintiff,

vs.

COOL BEVERAGES, INC., ET AL.         <u>AGREED ENTRY OF
                                     DISMISSAL WITH PREJUDICE</u>
    Defendants.

---

    Now come the parties, by and through their undersigned counsel, and stipulate and agree that all matters at issue in within litigation have been settled, resolved, or compromised, and that the Plaintiff's Complaint shall be, and hereby is, dismissed with prejudice.

    SO ORDERED.

_____
Judge Walter H. Rice

Respectfully submitted;

_____
Stanley Z. Greenberg (0002552)
Dawn S. Garrett (0055565)
ROGERS & GREENBERG
2160 Kettering Tower
Dayton, Ohio 45423-1001
(937) 223-8171
Attorneys for Defendants

ROGERS & GREENBERG
ATTORNEYS AT LAW
SUITE 2160
KETTERING TOWER
DAYTON, OHIO 45423
(937) 223-8171

*[signature]*

John F. Haviland (0029599)
Bieser, Greer & Landis
400 National City Center
6 N. Main Street
Dayton, OH 45402
(937) 223-3277

and

Donald L. Lund PA Id. #66800
Thorp, Reed & Armstrong
Firm No. 282
One Riverfront Center
Pittsburgh, PA 15222
(412) 394-2464
Attorneys for Plaintiff

ROGERS & GREENBERG
ATTORNEYS AT LAW
SUITE 2160
KETTERING TOWER
DAYTON, OHIO 45423
(937) 223-8171